**Dismiss and Opinion Filed August 5, 2021**



**In the**

**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-91-01905-CV

**LOWELL CLEAVER, Appellant**
**V.**
**C & G PAINT & BODY SHOP, C. H. GERALD & KEN WILSON, Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC91-643-E**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Carlyle

We reinstate this appeal. This case was abated in 1993 due to bankruptcy. *See*

TEX. R. APP. P. 8.2. The court has conducted an independent review of the federal

Public Access to Court Electronic Records (PACER) system; however, nothing on

that system indicates that a bankruptcy case is still pending.

On May 7, 2021, we notified the parties by letter, requesting they inform the

court of the status of the bankruptcy and of this appeal. We cautioned that the failure

to respond would result in the appeal being dismissed for want of prosecution. *See*

*id*. 42.3(b), (c). To date, no party has responded.

Because we gave the parties an opportunity to show why we should not dismiss this case for want of prosecution and because no one has responded, we dismiss the appeal. *See id.* 42.3(b), (c); *see Cross v. Beutel*, No. 05-91-01700-CV, 2021 WL 1851040, at *1 (Tex. App.—Dallas May 10, 2021, no pet.) (mem. op.).

911905f.p05                                    /Cory L. Carlyle//
                                               CORY L. CARLYLE
                                               JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

LOWELL CLEAVER, Appellant

No. 05-91-01905-CV    V.

C & G PAINT & BODY SHOP, C.
H. GERALD & KEN WILSON,
Appellees

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. CC91-643-E.
Opinion delivered by Justice Carlyle.
Justices Schenck and Reichek
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered this 5th day of August, 2021.